IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MULERO, | : | |
|       Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 05-CV-6753 |
| | : | |
| GEORGE N. PATRICK, et al., | : | |
|       Respondents. | : | |

## ORDER

**AND NOW,** this _____ day of April, 2006 upon consideration of the Report and Recommendation filed by United States Magistrate Timothy R. Rice, to which no Objections have been filed, and upon careful and independent review of the petition for writ of habeas corpus, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

s/Clifford Scott Green

CLIFFORD SCOTT GREEN, S.J.